**Order entered October 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00196-CR
## No. 05-21-00197-CR

### DAVID MONROE SMITHERMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 20-10343-422-F & 20-10344-422-F**

## ORDER

Before the Court is appellant's September 29, 2021 third motion to extend time to file his brief. We **GRANT** the motion and **ORDER** his brief filed no later than October 14, 2021. Appellant is cautioned that the failure to file his brief by October 14, 2021, may result in these appeals being abated for a hearing under rule 38.8(b). *See* TEX. R. APP. P. 38.8(b)(2).

        /s/    DENNISE GARCIA
              JUSTICE